```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

UNITED STATES OF AMERICA            )
                                    ) Criminal No. 09-275
     v.                             )
                                    )
ALFONSO EVANS                       )

POSITION OF THE GOVERNMENT
WITH RESPECT TO SENTENCING FACTORS

AND NOW, comes the United States of America, by its attorneys, Robert S. Cessar, Acting United States Attorney for the Western District of Pennsylvania, and Gregory C. Melucci, Assistant United States Attorney for said district, and files the following Position of the United States with respect to the Presentence Report prepared in this case, and avers as follows:

1. The Government received the Presentence Report for Alfonso Evans and conferred with his counsel, Stephen H. Begler, Esquire, and with Peter Gawlinski of the United States Probation Office regarding the contents of the Report.

2. Pursuant to the Sentencing Guidelines, the Government hereby states that it has no objections, additions or modifications to the Presentence Report.

        Respectfully Submitted,

        ROBERT S. CESSAR
        Acting United States Attorney
        PA ID No. 47736

<pre>
                              S/Gregory C. Melucci
                              GREGORY C. MELUCCI
                              Assistant U.S. Attorney
                              U.S. Post Office and Courthouse
                              700 Grant Street
                              Suite 4000
                              Pittsburgh, Pennsylvania 15219
                              (412) 894-7324   (Phone)
                              (412) 644-2644   (Fax)
                              Gregory.Melucci@usdoj.gov
                              PA ID No. 56777
</pre>